**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------X

STEVEN O SANCHEZ,

        Plaintiff,

vs.

HOME DEPOT U.S.A., INC.

        Defendants.

---------------------------------X

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND/OR ATTORNEY'S FEES TO ANY PARTY**

Civil Action No.: 20-cv-06383 (PKC)(CLP)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Steven O. Sanchez and Defendant Home Depot U.S.A., Inc., through their undersigned counsel, that all claims which were or could have been asserted by Plaintiff Steven O. Sanchez in this lawsuit are hereby dismissed in their entirety, with prejudice, and without costs and/or attorneys' fees to any party as against any other party.

| | |
|---|---|
| HELEN F. DALTON & ASSOCIATES<br>80-02 Kew Gardens Road, Suite 601<br>Kew Gardens, New York 11415<br>Attorneys for Plaintiff | EPSTEIN BECKER & GREEN, P.C.<br>875 Third Avenue<br>New York, New York 10022<br>Attorneys for Defendant |
| *s/James P. O'Donnell*<br>James P. O'Donnell, Esq. | s/Patrick G. Brady<br>Patrick G. Brady, Esq. |
| Dated: June 15, 2022 | Dated: June 15, 2022 |

## **ORDER**

The foregoing Stipulation is approved, and IT IS SO ORDERED this ___ day of _____, 2022.

Brooklyn, New York

_____
PAMELA K. CHEN, U.S.D.J.